**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 378 MAL 2023

           Petitioner                :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                     :

GERALD NEAL,                   :

           Respondent         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.